IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAO XIONG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-17-875-R ) |
| WILLIAM MCCORMICK, et al., | ) ) |
| Defendant. | ) |

# ORDER

This matter is before the Court pursuant to the Report and Recommendation entered by Magistrate Judge Gary M. Purcell on August 22, 2017. Doc. No. 6. On August 31, 2017, Plaintiff filed a Motion Requesting an extension of time to amend his pleadings. Doc. No. 8. Cognizant of its obligation and granting Petitioner's filing the liberal construction mandated by *Haines v. Kerner*, 404 U.S. 519 (1972), the Court finds as follows: The Report and Recommendation is ADOPTED. Plaintiff's Motion to Amend is GRANTED to the extent that he may file an Amended Complaint within thirty (30) days from the date of this Order. Failure by Plaintiff to file an Amended Complaint within the time designated will result in this matter being dismissed for failure to state a claim and a Judgment entered accordingly.

IT IS SO ORDERED this 13th day of September, 2017.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE